1  Michael Avanesian (Bar. No. 278685)
   Sloan Youkstetter (Bar. No. 296681)
2  **AVANESIAN LAW FIRM**
   801 North Brand Blvd., Suite #1130
3  Glendale, California 91203
   Tel: 818.276.2477 │ Fax: 818.208.4550
4  email: michael@avanesianlaw.com
            sloan@avanesianlaw.com
5
   (Proposed) Counsel for Debtor
6  James See

7
              **UNITED STATES BANKRUPTCY COURT**
8
             **SOUTHERN DISTRICT OF CALIFORNIA**
9

10 In re:                              Case No.:  **16-05103-MM11**

11 **JAMES SEE,**                      Chapter 11

12              Debtor.               **DEBTOR'S EX PARTE**
                                      **APPLICATION TO EMPLOY THE**
13                                    **AVANESIAN LAW FIRM AS**
                                      **GENERAL COUNSEL**
14
                                      Judge: Margaret M. Mann
15
                                      [No Hearing Required]
16
                                      Date:  n/a
17                                    Time: n/a
                                      Place: Courtroom 1, Room 218
18                                           325 West F Street,
                                             San Diego, California 92101
19

20        **TO THE HONORABLE MARGARET M. MANN, UNITED STATES**

21 **BANKRUPTCY JUDGE AND THE UNITED STATES TRUSTEE:**

22        James See, the debtor and debtor-in-possession (the "Debtor") in the above

23 captioned Chapter 11 bankruptcy case hereby files this Motion to request that this Court

24 authorize him to employ the Avanesian Law Firm ("Firm") as general insolvency counsel

25 ("Motion") pursuant to 11 U.S.C. §§ 327 and 330 from the Petition Date of August 22,

26 2016. In support of this Motion, Debtor represents as follows:

27        1.    This case was filed to recover the real property located at 5031 Tierra Del

28 Oro, Carlsbad, CA 92008 (the "Residence") and to prevent its foreclosure sale.



1

2.    In addition to the Residence, Debtor was the sole member and 100% owner of Pinon Canyon Land and Cattle Company, LLC, a Colorado limited liability company ("Pinion"), which owns valuable plots of land located in Colorado (the "Vacant Land"). Debtor was induced to give away Pinion to an unscrupulous lender. Debtor intends to regain control of the company through a fraudulent transfer action.

3.    Debtor's goals in this bankruptcy is to reorganize his affairs by various methods including litigation in state court while concurrently negotiating with his creditors to formulate a plan of reorganization.

4.    The Debtor requires the services of the Firm to render the following types of professional services relating to this Chapter 11 proceeding:

    a.    Advice and assistance regarding compliance with the requirements of the United States Trustee;

    b.    Advice regarding matters of bankruptcy law, including the rights and remedies of the Debtor in regard to its assets and with respect to the claims of creditors;

    c.    Advice regarding cash collateral matters with respect to the Debtor's real property;

    d.    To conduct examinations of witnesses, claimants or adverse parties and to prepare and assist in the preparation of reports, accounts and pleadings;

    e.    Advice concerning the requirements of the Bankruptcy Code and applicable rules;

    f.    To assist with the negotiation, formulation, confirmation and implementation of a Chapter 11 plan; and

    g.    To make any appearances in the Bankruptcy Court on behalf of the Debtor; and to take such other action and to perform such other services as the Debtor may require.

5.    Debtor has met with the Firm and believes that the Firm is competent to



2

undertake representation. A true and correct copy of the Firm's resume is attached to the declaration of James See as "Exhibit A." The specific terms of employment, including rates of compensation, between Debtor and Firm are contained in a written retainer letter. A true and correct copy of the retainer letter is attached to the declaration of James See as "Exhibit B."

6.    To date, the Firm has been paid as follows:

(a) $2,000 on August 23, 2016, source: Debtor's spouse's separate property [for this Chapter 11 case].

(b) $1,500 on August 6, 2016, source: Debtor [this payment was for bankruptcy planning purposes unrelated to the Chapter 11 filing].

7.    Of the total paid for the Chapter 11 case: $1,717 was used to pay for filing fees and $33 was used for the credit report. $250 remains in the Firm's client trust account.

8.    Debtor will not pay the Firm any money without prior court approval.

9.    As set forth in the retainer agreement, the Firm proposes to charge the bankruptcy estate, attorneys' fees as follows:

```
Michael Avanesian  -- $375 per hour
Associate Attorneys -- $250 per hour
Law clerks         -- $150 per hour
Paralegals         -- $150 per hour
```

10.   The Firm also proposes to charge the estate for its actual and necessary out-of-pocket expenses for long distance telephone calls, messenger charges, overnight mail charges, postage, parking expenses, court reporters' fees, VARS charges for transcripts of hearings, charges by the clerk of the court, witness, and mileage fees as required by statute, and expenses for service of process when necessary.  Additionally, the Firm proposes to charge as out-of-pocket expenses the following items at the following rates:

```
Facsimile     no charge for reasonable use (despite the retainer agreement)
Photocopies   $.10 per page
Mileage       Standard IRS mileage rate (currently $.575 cents per mile)
```

11.   The Firm has no connection with the Debtor in the Bankruptcy Case, nor



3

1   does it hold or represent an interest adverse to the Bankruptcy Estate and, therefore, is

2   disinterested within the meaning of 11 U.S.C. §§ 101 and 327.

3          12.    The Firm will render services to the Debtor at its regular hourly rates,

4   which may be subject to adjustment from time to time, and the Firm understands that its

5   compensation in this case is subject to approval of this court. The Firm intends to apply

6   to this Court for compensation and reimbursement for fees incurred and costs advanced

7   in conformity with 11 U.S.C. §§ 330 and 331.

8          **WHEREFORE**, Debtor prays for an order as follows:

9          1.    That the Motion be granted;

10         2.    For an order authorizing Debtor to employ the Firm under the terms and

11  conditions set forth in the retainer letter and this Motion; and

12         3.    For such other and further relief as the Court deems just and proper.

13
    Dated August 24, 2016
14                                          _____
                                            James See
15                                          Debtor and Debtor-in-Possession

16
    The undersigned agrees to all of the above
17
    **AVANESIAN LAW FIRM**
18

19
    By ___/s/ Michael Avanesian_____
20         MICHAEL AVANESIAN

21

22

23

24

25

26

27

28

AVANESIAN

1

## <u>DECLARATION OF JAMES SEE</u>

2  I, James See, hereby declare and state as follows:

3      1.      I am the debtor and debtor-in-possession in the above entitled case. Except

4  as to matters stated to be based upon information and belief, the facts set forth in this

5  declaration are personally known to me to be true and if called upon to do so, I could and

6  would testify competently thereto.

7      2.      I make this declaration in support of my application for authority to employ

8  the Avanesian Law Firm ("Firm") as my general insolvency counsel.

9      2.      This case was filed to recover the real property located at 5031 Tierra Del

10  Oro, Carlsbad, CA 92008 (the "Residence") and to prevent its foreclosure sale.

11      3.      In addition to the Residence, I was the sole member and 100% owner of

12  Pinon Canyon Land and Cattle Company, LLC, a Colorado limited liability company

13  ("Pinion"), which owns valuable plots of land located in Colorado (the "Vacant Land"). I

14  was induced to give away Pinion to an unscrupulous lender. I intend to regain control of

15  the company through a fraudulent transfer action.

16      4.      My goal in this bankruptcy is to reorganize my affairs by various methods

17  including litigation in state court while concurrently negotiating with my creditors to

18  formulate a plan of reorganization.

19      5.      I met with the Firm and believe that the Firm is competent to undertake

20  representation. A true and correct copy of the Firm's resume is attached hereto as

21  "Exhibit A."

22      6.      The specific terms of employment, including rates of compensation,

23  between me and Firm is contained in a written retainer letter.  A true and correct copy of

24  the retainer letter is attached hereto as "Exhibit B."

25      7.      To date, I have paid the Firm as follows:

26          (c) $2,000 on August 23, 2016, source: My wife's separate property [for

27              this Chapter 11 case].

28          (d) $1,500 on August 6, 2016, source: Me [this payment was for bankruptcy

AVANESIAN
LAW FIRM

2

1                   planning purposes unrelated to the Chapter 11 filing].

2         8.     Except in connection with this engagement, I have never employed or

3 retained the Firm.

4         9.     To the best of my knowledge, the Firm holds no claims against me and has

5 no prior connection with me or any of my creditors

6       10.    I believe that the Firm does not hold or represent an interest adverse to me

7 or the bankruptcy estate.

8

9       I declare, under penalty of perjury of the laws of the United States of America,

10 that the foregoing is true and correct, and that this declaration was executed on August

11 24, 2016 in _____ California.

12

13                              James See

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AVANESIAN

1

## <u>DECLARATION OF MICHAEL AVANESIAN</u>

2

I, Michael Avanesian, hereby declare and state as follows:

3      1.      I am an attorney at law licensed to practice and practicing before this Court

4 and the Courts of the State of California.  Except as to matters stated to be based upon

5 information and belief, the facts set forth in this declaration are personally known to me

6 to be true and correct and if called upon to do so, I could and would testify competently

7 thereto.

8      2.      I am the principal of the Avanesian Law Firm ("Firm"), which has been

9 retained to represent debtor James See ("Debtor") in this case.

10      3.      The Firm has no connection with the Debtor in the Bankruptcy Case, nor

11 does it hold or represent an interest adverse to the Bankruptcy Estate and, therefore, is

12 disinterested within the meaning of 11 U.S.C. §§ 101 and 327.

13      4.      The Firm will render services to the Debtor at its regular hourly rates,

14 which may be subject to adjustment from time to time, and the Firm understands that its

15 compensation in this case is subject to approval of this court.  The Firm intends to apply

16 to this Court for compensation and reimbursement for fees incurred and costs advanced

17 in conformity with 11 U.S.C. §§ 330 and 331.

18      5.      I intend to file interim fee applications once every 120 days before drawing

19 down on the funds in my trust account.

20

21      I declare, under penalty of perjury of the laws of the United States of America,

22 that the foregoing is true and correct, and that this declaration was executed on August

23 24, 2016 in Glendale, California.

24

25                        /s/ Michael Avanesian
                            Michael Avanesian

26

27

28



# EXHIBIT A



# Firm Philosophy

**Deeper** Understanding. **Better** Results.

The Avanesian Law Firm is a full service law firm devoted to becoming the trusted advisor. Our goal is for you to trust us to do what's right for you. We believe that the key to a successful law practice is not just technical mastery of one's discipline but also the quality to work with clients in such a way as to earn their trust and gain their confidence.

We employ a six step development process that allows us to delve deeper into issues and obtain better results:

1. We focus our attention on the issues and individuals at hand;
2. We LISTEN both to what our clients say and what they leave unsaid;
3. We frame the immediate problem from their perspective;
4. We envision with them how a solution might appear;
5. We commit jointly to the actions and resources that will bring it about; and
6. We delve into root causes to determine appropriate long term strategies.

If the tools required to help our clients are not at our disposal, we do not hesitate to refer our clients to other law firms which are better suited for the particular issues at hand.





# Michael Avanesian

**Tel. 818.276.2477  |  Michael@AvanesianLaw.com**

Michael Avanesian specializes in the field of corporate restructuring and litigation.

Mr. Avanesian has a wide range of experience in Chapter 11 bankruptcy cases and has represented corporate and individual debtors, secured creditors, unsecured creditors, lessors, lessees, trustees and other interested parties in bankruptcy cases and related litigation.

In October 2013, Mr. Avanesian took and passed the State of California Bankruptcy Specialization Certification Examination. He should be admitted as a Certified Bankruptcy Specialist sometime in early 2017.

Mr. Avanesian received his Juris Doctorate from Southwestern University School of Law in Los Angeles in May 2011. He also received his Masters of Science in Mathematics from California State University, Los Angeles in December 2007. He specialized in topology which is a major area of mathematics concerned with the most basic properties of space, continuity, and connectivity. Mr. Avanesian received his Bachelors of Science in Computer Science from California State University, Los Angeles in December 2005. He specialized in artificial intelligence, relational databases, and optimization.

Mr. Avanesian is an adjunct Professor of Mathematics with East Los Angeles Community College where he has been teaching since January 2008. He teaches all levels of mathematics from Algebra to Calculus and Statistics.

Mr. Avanesian has been recognized by the United States Bankruptcy Court, Central District of California in their 2012, 2013, 2014 and 2015 Honor Roll of Pro Bono Volunteers for his volunteer efforts with the Los Angeles Bankruptcy Self Help Desk & Clinic where he helped guide self-represented parties, who are facing substantial economic hardship, through the bankruptcy process.

Other awards include selection as one of the Top Lawyers in California by American Lawyer Media and as a Super Lawyer's Rising Star in California by Super Lawyer's Magazine in 2014 and 2015.

Mr. Avanesian is a member of the American Bar Association, the Southern California Bankruptcy Inn of Court, the San Fernando Valley Bar Association, the Beverly Hills Bar Association, the Central District Consumer Bankruptcy Attorneys Association, the Glendale Bar Association, and the Los Angeles County Bar Association where he is a board member of the Bankruptcy subcommittee and the lawyer referral service advisory committee.

Michael likes to spend his spare time with his family and friends. His hobbies include discussing legal and mathematical philosophy with his friends and spending time with his family.

**CLIENT CORNER**

"During these last few years of financial crisis I've had the need to enlist the services of several bankruptcy attorneys-in particular attorneys who specialize in Chapter 11 bankruptcy and reorganization. My experience has been that some are good at what they do, but are not so great with client service. Others have unimpressive skills with mediocre levels of client service. I can happily say that after having been represented by Michael Avanesian at [redacted] law, Michael is by far the most thorough, skilled, meticulous and most importantly, effective bankruptcy lawyer, whom I've been fortunate enough to be represented by.

A Chapter 11 bankruptcy filing is a complex and typically financially costly process. Typically, a debtor contemplating Chapter 11 bankruptcy is in a situation of financial distress. That debtor may be in a situation where they have some assets or cash, which they are hoping to reorganize, so that they can set a course towards stable a financial stewardship. My experience with several other Chapter 11 firms was that the debtor is invited to meet with the attorney for an initial consultation, which may cost you somewhere in the thousand dollar range. By the time you finish consulting with attorneys you are likely in an even more dire financial situation.

There was no such experience when I met with Michael Avanesian. The initial consultation was at a nominal cost, and he spoke with me at length about the particulars of my case, and the strategies he might use to try to get me the exact result that I needed. Michael immediately presented himself as personable, friendly, and most importantly knowledgeable about the bankruptcy process and the judges who preside over bankruptcy cases. I was pleased to discover only the highest levels of service all the way through the opening and successful closing of my bankruptcy case. Phone calls were always returned, questions were always researched and answered and details and risk assessments of strategies were always presented in written format that was easy to understand.

Another thing that I really appreciated about Michael's style of business is that he is sensitive to the client's awareness of costs. He's not in the businesses of squeezing out as much money as

possible, only to put a client in further financial distress. I was always informed about the cost of a course of action or strategy before such action was implemented. I've had situations where attorneys go off somewhere and do work that you are completely unaware is being done, only to find billings in the thousands of dollars at the end of monthly billings, for actions which would not have been worth the effort, had I been informed of them beforehand.

I recommend Michael Avanesian without hesitation. Working with him and the staff of [redacted] is easily the best and least stressful experience I've had with a bankruptcy attorney."

--Tim

"Talking to Michael is easy and pleasant. Yes, he is surely well versed in bankruptcy law; however this is true for many lawyers. The differentiating quality in him is his unique his social skills. He deftly handled me as a nervous client with courtesy and humor. He also assured me of the validity of our legal position, something I have noticed other lawyers are afraid to do lest they miscalculate and later be criticized. He showed the same warmth and common sense to the lender's counsel, and as a consequence, negotiated as generous settlement without engaging in expensive litigation. Such strategy is extremely valuable, saved me tens of thousands of dollars, and while one would expect to find it more broadly, it is in fact quite rare. God bless him for his good character and skill."

--John

**SOUTHWESTERN LAW SCHOOL**, Los Angeles, California
   ***Juris Doctor,*** May 2011     *GPA,* 3L - 3.6 [top 10%], 2L 3.6 [top 10%]
   *Recipient*, CALI "Excellence for the Future" Award: Antitrust, Fall 2010
   *Recipient*, WITKIN "Academic Excellence" Award: Bankruptcy, Fall 2009
   Emphasis on Antitrust, Bankruptcy, Business Law and Intellectual Property

**CALIFORNIA STATE UNIVERSITY**, Los Angeles, California
   ***Master of Science***, General Mathematics, December 2007
   ***Bachelor of Science***, Computer Science, December 2005

# W. Sloan Youkstetter

█████████████████████████

## Admitted

**State Bar of California, 2014**
**United States District Court, Central District of California, 2014**
**United States District Court, Northern District of California, 2016**
**United States District Court, Southern District of California, 2016**

## Experience

**Avanesian Law Firm, December 2015 - Current**
**Bankruptcy Law**
Associate Attorney, *Glendale, California*
  • Provided consultations and representation to individuals with Chapter 7 and 13 Bankruptcies throughout California
  • Managed all the consumer cases

**Law Offices of David A. Tilem, October 2015 - December 2015**
**Consumer Bankruptcy Law**
Contract Attorney, *Glendale, California*
  • Prepared Chapter 7 Bankruptcies and represented clients at Meeting of Creditors

**Law Office of William S. Youkstetter, February 2015 - December 2015**
**Consumer Bankruptcy Law**
Solo Practitioner, *Pasadena, California*
  • Provided consultations and representation to individuals and individual creditors in Chapter 7 Bankruptcies in the Central District
  • Drafted and successfully argued motions for debtors and creditors in the Bankruptcy Court

**The Place of South Pasadena, July 2014 - Current**
**Young People's Place**: a non-profit teen center that provides support and counselling to at risk teenagers
General Counsel, *South Pasadena, California*
  • Provided legal counsel for the purpose of ensuring effective corporate governance and limiting liability

## Pro Bono Experience

**Public Counsel, April 2014 - Current**
**Debtors Assistance Project**: provides free legal assistance to low-income debtors
  • Provided pro bono representation to low income debtors with Chapter 7 Bankruptcies
  • Gave free consultations to people needing advice with bankruptcy and consumer matters at the Bankruptcy Self-Help Desk
  • Counselled debtors at reaffirmation hearings
  • Presented at the Chapter 7 Pro Se Clinic, March 2015

## Externships

**Los Angeles County District Attorney's Office, August 2010 - May 2011**
Extern - Certified Law Student, *Los Angeles, California*
**Target Crimes Division: Crimes Against Peace Officers Unit, Arson, Special Trials, and Kidnappings**
  • Assisted with trial preparations, including assembling trial books and creating witness summaries
  • Supported deputy district attorneys during trials, including creating PowerPoints and researching jury instructions
**Preliminary Hearings Unit**
  • Performed over twenty preliminary hearings with a 100% success rate and aided deputy district attorneys in court

## Education

Southwestern Law School, Los Angeles, California
  • Juris Doctor, May 2011
University of San Diego, San Diego, California
  • Bachelor of Arts, Political Science, May 2007

*Bar Memberships*

• Central District Consumer Bankruptcy Attorney Association
• Pasadena Bar Association
• Los Angeles County Bar Association

*Awards and Advisory Positions*

• William J. Lasarow Award Recipient, 2015
• Advisor for the Loyola Law School Consumer Bankruptcy Litigation Practicum Mock Hearing, 2015
• Certificate of Appreciation, the United States Bankruptcy Court, Central District of California, 2015
• Honor Roll of Pro Bono Volunteers, the United States Bankruptcy Court, Central District of California, 2015
• Certificate of Appreciation, the United States Bankruptcy Court, Central District of California, 2014
• Honor Roll of Pro Bono Volunteers, the United States Bankruptcy Court, Central District of California, 2014

# Harout Harry Agzikyouchoukyan

16715 Tim Lane Van Nuys, California 91406
Harout_agz@yahoo.com
(818) 939-7372

## Education

**Bachelors in Criminology/Criminal Justice**
*2011-2015*
California State University, Northridge

## Skills

| | | |
|---|---|---|
| Microsoft Word | Bilingual in Armenian | Mac OS X |
| Microsoft Excel | Microsoft PowerPoint | Computer Programming |
| Microsoft Outlook | Windows 10 | SPSS |
| Adobe Photoshop | Adobe Reader | Java Script |

## Work Experience

**Paralegal**                                                                     *Avanesian Law Firm*
*August 2016 - Present*

- Prepare affidavits or other documents, such as legal correspondence, and organize and maintain documents in paper or electronic filing system
- Meet with clients and other professionals to discuss details of case
- Investigate facts and law of cases and search pertinent sources, such as public records, to determine causes of action and to prepare cases
- Assisting attorneys in various functions such as administrative and legal tasks
- Organize case files and address any issues that come up with particular cases
- Assist in client billing

**Case Manager**                                                     *Prober & Raphael: A Law Corporation*
*February 2016 – July 2016*

- Optimize client services so that the office runs efficiently and caseloads are managed appropriately
- Organize case files and address any issues that come up with particular cases, such as ensuring that attorney-client relationships do not interfere with other ongoing cases
- Only individual to contact clients on behalf of the firm
- Responsible for a case's time management and client billing
- Organizing and completing necessary documentation, monitoring case statuses, answering client questions and referring them to the attorney if necessary

**Site Coordinator**                                                     *Youth Development Program - LAUSD*
*October 2013 - February 2016*

- Implements the program's curriculum schedule; arrange classroom accordingly
- Able to assume a mentor's role when required
- In-depth knowledge of working with children and youth in school environment
- Completing necessary paperwork daily and on-time
- Consistent communication with on-site principal and staff about daily activities, behavior issues, or other related issues

- Responsible for a team of dedicated staff members and assuring their safety, alongside the children's safety
- Responsible for coordinating a healthy, productive, and successful after-school site with 140+ students within the program

## Volunteer

**Restraining Order Preparer/Data Analyzer**                              **Van Nuys Superior Court**
*August 2015 - December 2015*
- Aid litigants with restraining order paperwork and preparations
- Gathered sufficient and crucial data from litigants in order to proceed with restraining order paperwork
- Gathered data to complete a qualitative data analysis based on the litigants and their experiences

# EXHIBIT B



**MICHAEL AVANESIAN**
MICHAEL@AVANESIANLAW.COM
TEL: 818.276.2477
FAX: 818.208.4550

801 N. BRAND BLVD SUITE #1130
GLENDALE, CA 91203
3440 WILSHIRE BLVD STE 915
LOS ANGELES, CA 90010

**James See**
5031 Tierra Del Oro
Carlsbad, CA 92008

August 20, 2016

**ATTORNEY-CLIENT FEE AGREEMENT**

**Avanesian Law Firm** ("Firm") and **James See** ("Client") hereby agree that Firm will provide legal services to Client on the terms set forth below.

**1.    CONDITIONS.**  This Agreement will not take effect, and Firm will have no obligation to provide legal services, until Client returns a signed copy of this Agreement and pays the initial deposit called for under Paragraph 4.

**2.    SCOPE OF SERVICES.**  Client hires Firm to provide legal services in the following matter: The Firm is being engaged solely to represent Client in a Chapter 11 bankruptcy filing. The Firm will file a Chapter 11 Bankruptcy Petition for Client and help client in completing the Chapter 11 process.

Please review it carefully because it contains information about what you need to do, what the Firm will do for you and what the Firm will charge extra for.

**3.    CLIENT'S DUTIES.**  Client agrees to be truthful with Firm, to cooperate, to keep Firm informed of any information or developments which may come to Client's attention, to abide by this Agreement, to pay Firm's bills on time, and to keep Firm advised of Client's address, telephone number and whereabouts.  Client will assist Firm in providing necessary information and documents and will appear when necessary at legal proceedings.

**4.    DEPOSIT.**  To commence the representation, Client must provide Firm with a $ 3,712  deposit.  Firm will hold the deposit in Firm's trust account until just before the case is filed.

**5.    LEGAL FEES AND BILLING PRACTICES.**  Client agrees to pay by the hour at Firm's prevailing rates for all time spent on Client's matter by Firm's legal personnel. Current hourly rates for legal personnel are as follows:

| Michael Avanesian | $375/hour |
| Associates | $250/hour |
| Law clerks | $150/hour |
| Paralegals | $150/hour |

The time charged will include the time Firm spends on telephone calls relating to Client's matter, including calls with Client, witnesses, opposing counsel or court personnel. The legal personnel assigned to Client's matter may confer among themselves about the matter, as required and appropriate. When they do confer, each person will charge for the time expended, as long as the work done is reasonably necessary and not duplicative. Likewise, if more than one of the legal personnel attends a meeting, court hearing or other proceeding, each will charge for the time spent. Firm will charge for waiting time in court and elsewhere and for travel time, both local and out of town.

Time is charged in minimum units of one-tenth (.1) of an hour. The following have higher minimum charges: N/A

**6.      COSTS AND OTHER CHARGES.**

(a)      Firm will incur various costs and expenses in performing legal services under this Agreement. Client agrees to pay for all costs, disbursements and expenses in addition to the hourly fees. The costs and expenses commonly include, service of process charges, filing fees, court and deposition reporters' fees, jury fees, notary fees, deposition costs, long distance telephone charges, messenger and other delivery fees, postage, photocopying and other reproduction costs, travel costs including parking, mileage, transportation, meals and hotel costs, investigation expenses, consultants' fees, expert witness, professional, mediator, arbitrator and/or special master fees and other similar items. Except for the items listed below, all costs and expenses will be charged at Firm's cost.

| In-office photocopying: | .10/page |
| Facsimile charges: | .10/page |
| Mileage: | .575/mile |
| Other: | |

(b)      Out of town travel. Client agrees to pay transportation, meals, lodging and all other costs of any necessary out-of-town travel by Firm's personnel. Client will also be charged the hourly rates for the time legal personnel spend traveling.

(c)      Experts, Consultants and Investigators. To aid in the preparation or presentation of Client's case, it may become necessary to hire expert witnesses, consultants or investigators. Client agrees to pay such fees and charges. Firm will select any expert witnesses, consultants or investigators to be hired, and Client will be informed of persons chosen and their charges.

Additionally, Client understands that if the matter proceeds to court action or arbitration, Client may be required to pay fees and/or costs to other parties in the action. Any such payment will be entirely the responsibility of Client.

**7.    BILLING STATEMENTS.** Firm will send Client periodic statements for fees and costs incurred.

**8.    MODIFICATION BY BANKRUPTCY COURT.** All the terms and conditions of this engagement letter are subject to modification and adjustment by the bankruptcy Court. Every action in this agreement is subject to bankruptcy court approval.

**9.    DISCHARGE AND WITHDRAWAL.** Client may discharge Firm at any time. Firm may withdraw with Client's consent or for good cause. Good cause includes Client's breach of this Agreement, refusal to cooperate or to follow Firm's advice on a material matter or any fact or circumstance that would render Firm's continuing representation unlawful or unethical. When Firm's services conclude, all unpaid charges will immediately become due and payable. After services conclude, Firm will, upon Client's request, deliver Client's file, and property in Firm's possession unless subject to the lien provided in Paragraph 8 above, whether or not Client has paid for all services.

**10.    DISCLAIMER OF GUARANTEE AND ESTIMATES.** Nothing in this Agreement and nothing in Firm's statements to Client will be construed as a promise or guarantee about the outcome of the matter. Firm makes no such promises or guarantees. Firm's comments about the outcome of the matter are expressions of opinion only. Any estimate of fees given by Firm shall not be a guarantee. Actual fees may vary from estimates given.

**11.    MEDIATION.** If a dispute arises out of or relating to any aspect of this Agreement between Client and Firm, or the breach thereof, and if the dispute cannot be settled through negotiation, Firm and Client agree to discuss in good faith the use of mediation before resorting to arbitration, litigation, or any other dispute resolution procedure.

**12.    ATTORNEYS' FEES CLAUSE.** The prevailing party in any action or proceeding arising out of or to enforce any provision of this Agreement, with the exception of a fee arbitration or mediation under Business and Professions Code Sections 6200-6206, will be awarded reasonable attorneys' fees and costs incurred in that action or proceeding, or in the enforcement of any judgment or award rendered.

**13.    ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties. No other agreement, statement, or promise made on or before the effective date of this Agreement will be binding on the parties.

**14.    SEVERABILITY IN EVENT OF PARTIAL INVALIDITY.** If any provision of this Agreement is held in whole or in part to be unenforceable for any reason, the remainder of that provision and of the entire Agreement will be severable and remain in effect.

**15.    MODIFICATION BY SUBSEQUENT AGREEMENT**.  This Agreement may be modified by subsequent agreement of the parties only by an instrument in writing signed by both of them, or an oral agreement only to the extent that the parties carry it out.

**16.    EFFECTIVE DATE**.  This Agreement will govern all legal services performed by Firm on behalf of Client commencing with the date Firm first performed services.  The date at the beginning of this Agreement is for reference only.  Even if this Agreement does not take effect, Client will be obligated to pay Firm the reasonable value of any services Firm may have performed for Client.

THE PARTIES HAVE READ AND UNDERSTOOD THE FOREGOING TERMS AND AGREE TO THEM AS OF THE DATE ATTORNEY FIRST PROVIDED SERVICES.  IF MORE THAN ONE CLIENT SIGNS BELOW, EACH AGREES TO BE LIABLE, JOINTLY AND SEVERALLY, FOR ALL OBLIGATIONS UNDER THIS AGREEMENT.  CLIENT SHALL RECEIVE A FULLY EXECUTED DUPLICATE OF THIS AGREEMENT.

DATED:    _____August 20, 2016_____          THE AVANESIAN LAW FIRM

                                             By:  _Michael Ava_____
                                             Michael Avanesian

DATED:    _8/20/16_____              By:  _____
                                             Client Name: James See